JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE LEE GURULE, | Case No. 1:19-cv-00658-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| vs. | |
| ANDREW SAUL,[1] Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 10/31/2019 to 11/30/2019, for Plaintiff to serve on defendant with PLAINTIFF'S LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).  See also section 205(g) of the Social Security Act, 42 U.S.C. § 405(g)(action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

1

Respectfully submitted,

Dated: October 28, 2019 PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
 JONATHAN OMAR PENA
 Attorneys for Plaintiff

Dated: October 28, 2019 MCGREGOR W. SCOTT
 United States Attorney
 DEBORAH LEE STACHEL
 Regional Chief Counsel, Region IX
 Social Security Administration

By: **/s/ Ellinor R. Coder*
 Ellinor R. Coder
 Special Assistant United States Attorney
 Attorneys for Defendant
 (*As authorized by email on 10/28/2019)

IT IS SO ORDERED.

Dated: **October 28, 2019**         **/s/ Gary S. Austin**
                         UNITED STATES MAGISTRATE JUDGE